# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **TATYANA MOORE, et al.** | ) | **CASE NO 1:18-cv-01849-JG** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **JUDGE JAMES GWIN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **CITY OF CLEVLAND,** | ) | |
| | ) | **DEFENDANT'S ESTIMATE OF FEES** |
| | ) | **AND EXPENSES** |
| **Defendant.** | ) | |

Defendant, City of Cleveland ("Defendant"), by and through counsel, pursuant to the Court's Case Management Conference Scheduling Order submits the following preliminary estimate and/or budget of the amount of fees and expenses anticipated to be the subject of any this claim:

**ATTORNEY'S FEES:**

| | |
|---|---|
| **Preliminary Investigation and Filing Complaint** | **$24,000** |
| **Procedural Motions Practice** | **$5,000** |
| **Discovery** | **$50,000** |
| **Dispositive Motions Practice** | **$12,000** |
| **Settlement Negotiations** | **$2,500** |
| **Trial** | **$50,000** |

**COSTS:**

| | |
|---|---|
| **Depositions** | **$15,000** |
| **Experts** | **$10,000** |
| **Witness Fees** | **$500** |
| **Other** | **$0** |

| | |
|---|---|
| **TOTAL FEES & TOTAL COSTS** | **$169,000** |

Respectfully submitted,

*/s/Michael J. Pike*
Michael J. Pike
Assistant Director of Law | City of Cleveland
601 Lakeside Avenue, Suite 106
Cleveland, Ohio 44114
Phone: (216) 664-2800
Fax: (216) 664-2663
Email: mpike@city.cleveland.oh.us
One of the Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2018 a complete copy of this document was served by hand delivery upon the Court and opposing counsel during today's Case Management Conference. Additionally, the document is being filed electronically this same day and notice of the filing will be sent to all parties by operation of the Court's electronic filing system. All parties of record may access the document through the Court's electronic filing system.

*/s/ Michael Pike*
Michael J. Pike
One of the Attorneys for Defendant